

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. PD-1406-14

**JOSE RAMIRO DELAROSA, Appellant**

**v.**

**STATE OF TEXAS, Appellee**

### ON APPELLANT'S MOTION TO DISMISS THE STATE'S PETITION FOR DISCRETIONARY REVIEW FROM THE FIFTH COURT OF APPEALS DALLAS COUNTY

*Per curiam.*

### O R D E R

Appellant was convicted of unauthorized use of a motor vehicle. The trial court signed a certificate of appeal and granted a motion for new trial. The Court of Appeals dismissed the appeal. *Delarosa v. State*, No. 05-14-01020-CR, 2014 Tex. App. LEXIS 11034 (Tex. App.—Dallas October 2, 2014) (not designated for publication). The State filed a petition for discretionary review on October 16, 2014. We granted review. *Delarosa v.*

*State*, No. PD-1406-14, 2015 Tex. Crim. App. LEXIS 57 (Tex. Crim. App. January 28, 2015) (not designated for publication).

It has come to our attention that, after the State's petition was filed, the trial court appears to have entered a new judgment in this case, dated December 17, 2014. Based on this apparent judgment, Appellant moves to dismiss the State's petition as moot. The State opposes dismissal, arguing that the trial court lacked jurisdiction to enter the new judgment.

Before we may address the petition before us, we must address this jurisdictional matter. As a result, we order the parties to brief whether the trial court had jurisdiction to act in this matter after the State's petition was filed. These briefs should be filed in this Court within 15 days of the date of this order.

We also order the district clerk to supplement the appellate record with any and all documents related to the trial court's judgment dated December 17, 2014, including the judgment itself, any plea papers, and any court reporter's record. This supplementation of the record should also be filed within 15 days of the date of this order.

DATE DELIVERED: February 25, 2015

DO NOT PUBLISH